**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.    14-cr-00040-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ADRIAN AGUILAR-OLIVARES

    Defendant.

---

ORDER FOR TIME SERVED

---

PURSUANT to and in accordance with the Change of Plea Hearing and Immediate Sentencing hearing held before the Honorable R. Brooke Jackson, United States District Judge, on March 25, 2014, it is hereby

ORDERED that Defendant Marco Anthony Ramos is sentenced to **TIME SERVED.**

Dated:   March 25, 2014.

BY THE COURT:

/s/   R. Brooke Jackson
R. BROOKE JACKSON,
UNITED STATES DISTRICT JUDGE